No. 765. The People, Plaintiff and Respondent, v. Saldaña, Defendant and Appellant.—Aggravated assault and battery. Humacao. January 21, 1915. *Judgment affirmed.*

No. 766. The People, Plaintiff and Respondent, v. Río, Defendant and Appellant.—Seduction. Mayagüez. January 21, 1915. *Judgment affirmed.*

No. 770. The People, Plaintiff and Respondent, v. Román, Defendant and Appellant.—Aggravated assault and battery. Arecibo. January 22, 1915. *Judgment affirmed.*

No. 1267. Urriza, Plaintiff and Respondent, v. Unknown Heirs of Mariano Villanúa, Defendants, and Negrón, Defendant and Appellant.—Nullity of contract and of marriage, divorce and liquidation of community property. San Juan, Section 1. January 25, 1915. *Appeal withdrawn.*

No. 777. The People, Plaintiff and Respondent, v. Ortiz, Defendant and Appellant.—Aggravated assault and battery. Humacao. January 27, 1915. *Judgment affirmed.*

No. 731. The People, Plaintiff and Respondent, v. Pillot et al., Defendants and Appellants.—Violation of section 137 of the Penal Code. Aguadilla. January 27, 1915. *Judgment affirmed.*

No. 1269. Cruz, Plaintiff and Appellant, v. Morales et al., Defendants and Respondents.—Unlawful detainer. San Juan, Section 1. January 28, 1915. *Appeal dismissed.*

No. 1272. Succession of Vega et al., Plaintiffs and Appellants, v. Succession of Cabrera et al., Defendants and Respondents.—Recovery of inheritance and nullity. Arecibo. February 3, 1915. *Appeal dismissed.*